# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

Richard Meland
                      Plaintiff,

v.
                                      Case No.: 1:04–cv–06622
                                      Hon. Harry D. Leinenweber

Leo Pfest Jr, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 10, 2005:

      MINUTE entry before Judge Harry D. Leinenweber :Defendants Desierto and Devine's Motion to dismiss [12] is granted and Desierto and Devine are dismissed. Counts I, II, and III (against Pfest and Egan only)remain. Discovery ordered closed June 10, 2005. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.